1 | Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
2 | Larry J. Caldwell (SBN 88867) *lc@mckennonlawgroup.com*
**McKENNON LAW GROUP PC**
3 | 20321 SW Birch Street, Suite 200
Newport Beach, California 92660
4 | Phone: 949-387-9595 | Fax: 949-385-5165

5 | Attorneys for Plaintiff Michael Foglietta

6
7
8 | **UNITED STATES DISTRICT COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**
10

| | |
|---|---|
| MICHAEL FOGLIETTA, | Case No.: 8:21-cv-01621-DOC-DFM |
| Plaintiff, | Action Filed: October 1, 2021 |
| vs. | Trial Date: Not Set |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |



Case No.: 8:21-cv-01621-DOC-DFM

Case 8:21-cv-01621-DOC-DFM   Document 13   Filed 12/16/21   Page 2 of 2   Page ID #:45

**TO THE HONORABLE COURT:**

Pursuant to a confidential settlement reached between Plaintiff Michael Foglietta and Defendant The Lincoln National Life Insurance Company, Plaintiff hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a) which states: "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; …." Defendant has not yet served an answer or a motion for summary judgment.  Such dismissal shall be with prejudice, each side to bear its own costs and fees.

Dated:  December 16, 2021            McKENNON LAW GROUP PC

By: *[signature]*
ROBERT J. McKENNON
LARRY CALDWELL
Attorneys for Plaintiff Michael Foglietta

-1-   Case No.: 8:21-cv-01621-DOC-DFM

